**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JAE LEE, on behalf of himself and all others similarly situated,<br><br>           Plaintiff,<br><br>v.<br><br>TARO PHARMACEUTICALS U.S.A., INC.,<br><br>           Defendant. | Case No. 7:23-cv-03834-CS<br><br>Judge Cathy Seibel |

## PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL

Plaintiff Jae Lee, on behalf of himself and the Settlement Class, hereby moves the Court to finally approve the parties' class settlement and certify the settlement class under Fed. R. Civ. P. 23.

This motion is based on the accompanying memorandum of law, the declaration of the settlement administrator, the pleadings and documents on file, and such oral argument and documentary evidence as may be properly presented at the time of the hearing.

Dated: June 6, 2024          By: */s/ Raina C. Borrelli*
                               Raina C. Borrelli
                               STRAUSS BORRELLI PLLC
                               908 N. Michigan Ave., Suite 1610
                               Chicago, IL 60611
                               (872) 263-1100
                               raina@straussborrelli.com

                               James J. Bilsborrow (NY Bar # 519903)
                               WEITZ & LUXENBERG, PC
                               700 Broadway
                               New York, NY  10003
                               Telephone: (212) 558-5500
                               jbilsborrow@weitzlux.com

                            *Attorneys for Plaintiff and the Proposed Class*

## <u>CERTIFICATE OF SERVICE</u>

I, Raina C. Borrelli, hereby certify that on June 6, 2024, I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system, which will send notification of such filing

to counsel of record, below, via the ECF system.

DATED this 6th day of June, 2024.

STRAUSS BORRELLI PLLC

By: */s/ Raina C. Borrelli*
    Raina C. Borrelli
    STRAUSS BORRELLI PLLC
    908 N. Michigan Ave., Suite 1610
    Chicago, IL 60611
    (872) 263-1100
    raina@straussborrelli.com